IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

**SOUDAMANI SINGH,**

        **Plaintiff,**

v.                                           Civil Action No. 3:23-CV-00317

**PUBLIC LIBRARY OF SCIENCE**
**dba PLOS ONE,**

        **Defendant.**

## ORDER OF DISMISSAL

Plaintiff, Soudamani Singh, ("Singh"), by and through counsel, announce to the Court, pursuant to Rule 41 of the Federal Rules of Court Procedures, that she voluntarily dismisses the claims set forth in the Complaint, with prejudice.

It appearing proper to do so, it is hereby **ORDERED** that all claims asserted by Singh, or arising out of the events set forth in the record, collectively, be and are **DISMISSED**, with prejudice.

The Clerk is hereby **DIRECTED** to send certified copies of this Order to all counsel of record.

Entered this _____ day of _____, 2023.

                                                                                                  JUDGE

/s/ Matthew L. Ward_____
Matthew L. Ward (WVSB # 11903)
Dinsmore & Shohl LLP
611 Third Avenue
Huntington, West Virginia 25701
Telephone: (304) 691-8475; Fax: (304) 522-4312
E-mail: matthew.ward@dinsmore.com
    *Counsel for Plaintiff, Soundamani Singh*